2011 JAN 11  AM 11: 35

DISTRICT OF UTAH

J. Kevin Bird (3992)
BIRD & FUGAL
Attorneys for Trustee
Lincoln Square
384 East 720 South, #201
Orem, UT 84058
(801) 426-4700

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

\* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | Case No. 09-28807 RKM |
| MELVIN D. GUNVILLE | ) | Chapter 7 |
| PATSY A. GUNVILLE | ) | |
| | ) | NOTICE OF PAYMENT OF |
| Debtor (s) | ) | FUNDS INTO THE REGISTRY |
| | ) | |
| | ) | |

\* \* \* \* \* \* \* \*

J. Kevin Bird, the duly appointed, qualified and acting trustee of the above-referenced chapter 7 proceeding ("Trustee") hereby gives notice to the Court of payment of funds into the registry of the Court. In support thereof, the Trustee represents as follows:

1. On January 4, 2011, J. Kevin Bird, Trustee made the final distribution in the above-referenced proceeding.

2. The Trustee's proposed distribution contained one claim which was under $5.00.

3. The funds are on deposit with Bank of America, Account No. 4437728744.

4. The Trustee hereby notifies the Court of the payment of the following claim to

the registry:

|  |  |
|---|---|
| Claim No.: | 7 |
| Claimant: | Frontier Recovery Systems<br>PO Box 1358<br>Roosevelt, UT 84066 |
| Claim Amount: | $630.78 |
| Distribution: | $2.44 |

5. A check in the amount of $2.44 representing the foregoing claim has been

made payable to Clerk, U.S. Bankruptcy Court for the District of Utah and is enclosed

herein.


DATED: 1-8-11


_____
J. Kevin Bird, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that I am a member or employee of the law firm of BIRD & FUGAL and in that capacity I served, or caused to be served, a true and correct copy of the Notice of Payment of Funds into the Registry on the following, by depositing the same in the U.S. Mail, postage prepaid, on the _16th_ day of _January_ , 2011:


FRONTIER RECOVERY SYSTEMS
PO BOX 1358
ROOSEVELT, UT 84066

_Melanie Valderrama_